## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **IN RE**: Robert Alexander ) | | Case No. 10-51774-NPO |
| Debtor ) | | (Dkt#37) |
| ) | | |
| ) | | Chapter 13 |

### ORDER APPROVING DISMISSAL OF CASE

A Motion to Dismiss Case Under Section 1307(b) having been filed in the above styled and numbered Chapter 13 Bankruptcy on the 31st day of March, 2011, it is therefore:

**ORDERED AND ADJUDGED** that the above numbered and styled Chapter 13 case is hereby dismissed.

**SO ORDERED**

_Katharine M. Samson_
Katharine M. Samson
United States Bankruptcy Judge
Dated: April 1, 2011

PREPARED BY:

_William W. Stover, Jr._
WILLIAM W. STOVER, JR., MSB 8885
ATTORNEY FOR DEBTOR
LAW OFFICES OF WES STOVER
775 EAST FORTIFICATION STREET
JACKSON MISSISSIPPI 39202
TELEPHONE(601) 949-5000
FACSIMILE(601) 949-7872