Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Case No.: 10−51774−KMS
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Robert Alexander
  60 Jamestown Rd
  Foxworth, MS 39483

Social Security / Individual Taxpayer ID No.:
  xxx−xx−9731

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on April 1, 2011.

Dated: 4/1/11

> Danny L. Miller, Clerk
> Dan M. Russell, Jr. U.S. Courthouse
> 2012 15th Street, Suite 244
> Gulfport, MS 39501
>
> 228−563−1790